Peregrino A. FAZON, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7025.

United States Court of Appeals,
Federal Circuit.

March 12, 2008.

Peregrino A. Fazon, pro se.

*ORDER*

On February 4, 2008 the court issued an order allowing Peregrino A. Fazon ("Fazon") 21 days to notify the court whether he intends to proceed with his case or dismiss his appeal. Fazon has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.